**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

SHUFU LIN,                                    )
                                              )
              Petitioner,                     )
                                              )
v.                                            )          Case No. CIV-26-1371-J
                                              )
FRED FIGUEROA, et al.,                        )
                                              )
              Respondents.                    )

**ORDER**

Petitioner Shufu Lin, a Chinese citizen, is currently in the custody of Immigration and Customs Enforcement (ICE).  He filed a petition for habeas corpus pursuant to 28 U.S.C. § 2241 seeking release, or in the alternative, a bond hearing.  [Doc. No. 1].  The matter was referred to United States Magistrate Judge Amanda L. Maxfield consistent with 28 U.S.C. § 636(b)(1)(B), (C).  Judge Maxfield issued a Report and Recommendation recommending that the Court: (1) grant the Petition in part and (2) order Respondents to provide Petitioner with a bond hearing within seven days or otherwise release him.  [Doc. No. 13].  Respondents objected but acknowledge that "this matter is controlled by the Tenth Circuit's opinion in *Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026)."  [Doc. No. 14].

On de novo review, the Report and Recommendation is ADOPTED and Petitioner's Petition is GRANTED to the extent it alleges entitlement to a bond hearing under the Immigration and Nationality Act, 8 U.S.C. § 1226(a).  The Court ORDERS Respondents to provide Petitioner with a bond hearing within seven days from the date of this Order, or release Petitioner if no hearing occurs within that period.  Respondents shall certify compliance within ten days of the date of this Order.

A separate judgment will enter.

IT IS SO ORDERED this 10th day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE