**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SHUFU LIN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-1371-J |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

An immigration judge conducted a custody redetermination hearing for Petitioner on August 17, 2026. [Doc. No. 18]. Petitioner has now filed a Motion for Issuance of Order to Show Cause asking "whether the individualized, constitutionally adequate bond hearing this Court's Order required actually took place." *Id.* Respondents shall respond no later than August 27, 2026.

IT IS SO ORDERED this 21st day of August, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE